Same case below, 366 Fed. Appx. 763.

**No. 09-10837. Rufus West, Petitioner v. Laura Hallet, et al.**

562 U.S. 853, 131 S. Ct. 113, 178 L. Ed. 2d 70, 2010 U.S. LEXIS 6068.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-10838. Rufus West, Petitioner v. Peter Huibregtse, Warden.**

562 U.S. 853, 131 S. Ct. 113, 178 L. Ed. 2d 70, 2010 U.S. LEXIS 6099.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-10839. Rufus West, Petitioner v. Chaplain Overbo, et al.**

562 U.S. 853, 131 S. Ct. 114, 178 L. Ed. 2d 70, 2010 U.S. LEXIS 6368.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-10840. Vincent Warren, Petitioner v. David Napoli, Superintendent, Southport Correctional Facility.**

562 U.S. 853, 131 S. Ct. 114, 178 L. Ed. 2d 70, 2010 U.S. LEXIS 6007.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-10848. Melvin Stinson, Petitioner v. United States.**

562 U.S. 854, 131 S. Ct. 114, 178 L. Ed. 2d 70, 2010 U.S. LEXIS 6074.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 592 F.3d 460.

**No. 09-10855. Carlos Aviles Armenta, Petitioner v. Jacqueline Chatman, et al.**

562 U.S. 854, 131 S. Ct. 114, 178 L. Ed. 2d 70, 2010 U.S. LEXIS 6371.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 371 Fed. Appx. 452.

**No. 09-10858. Christopher Lee Outley, Petitioner v. Glenn N. James.**

562 U.S. 854, 131 S. Ct. 115, 178 L. Ed. 2d 70, 2010 U.S. LEXIS 6137.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 368 Fed. Appx. 851.

**No. 09-10859. Ahmad Moslimani, Petitioner v. Michigan.**

562 U.S. 854, 131 S. Ct. 115, 178 L. Ed. 2d 70, 2010 U.S. LEXIS 5962,

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.